UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KRISTA LANGE

        Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.

        Defendant.

_____

Civil Action No. 11-CV-1008

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Krista Lange, hereby voluntarily dismisses this action against Defendant Commercial Recovery Systems, Inc. with prejudice.

DATED:    May 3, 2012

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884